George BOBO et al., Movant, v. FARMERS BANK & TRUST CO., Opposed.

Court of Appeals of Kentucky.

Oct. 15, 1943.

C. B. Upton and R. L. Pope for movant.

Stephens and Steely, opposed.

PER CURIAM.

Judgment affirmed.

GREATER KENTUCKY BUILDING & LOAN ASSOCIATION et al., Movant, v. Mrs. S. Y. CHANDLER, Opposed.

Court of Appeals of Kentucky.

Oct. 15, 1943.

Dodd and Dodd for movant.

C. C. Mulloy and C. C. Mulloy, Jr., opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

Adell COWLES, Appellant, v. COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Oct. 19, 1943.

Roscoe Vincent for appellant.

Hubert Meredith, Attorney General, and Guy H. Herdman, Assistant Attorney General, for appellee.

PER CURIAM.

Appeal denied; judgment affirmed.